UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YANICK JOAO CARNEIRO<br>           Plaintiff(s),<br><br>v.<br><br><br>ANTONE MONIZ, KEITH CHAN, DAVID WESLING, TODD LYONS, KRISTI NOEM and PAMELA BONDI<br>           Defendant(s). | Civil Action No. 26-10267-JEK |

## **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated January 30, 2026, [ECF 7], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Yanick Joao Carneiro.

Dated: February 9, 2026

/s/ Haley Currie
Deputy Clerk